pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Kent Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional restraint on its discretion, it may affirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional restraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

*Reconsideration Denied June 28, 2016:*

PEOPLE v OLSON, No. 150135; Court of Appeals No. 321882. Leave to appeal denied at 499 Mich 880.

BLACKWARD PROPERTIES, LLC v SOWER, No. 151112; Court of Appeals No. 313282. Leave to appeal denied at 499 Mich 868.

PEOPLE v LOWN, No. 151227; Court of Appeals No. 322796. Leave to appeal denied at 499 Mich 868.

PEOPLE v HARRIS, No. 151290; Court of Appeals No. 325503. Leave to appeal denied at 499 Mich 880.

*In re* APPLICATION OF DETROIT EDISON COMPANY TO IMPLEMENT OPT OUT PROGRAM, No. 151635; Court of Appeals No. 316781. Leave to appeal denied at 499 Mich 868.

PEOPLE v PUTMAN, No. 151662; Court of Appeals No. 325096. Leave to appeal denied at 499 Mich 868.

PEOPLE v EALY, No. 151708; Court of Appeals No. 326015. Leave to appeal denied at 499 Mich 881.

ROTH v ROTH, No. 151728; Court of Appeals No. 324180. Leave to appeal denied at 499 Mich 868.

PEOPLE v NELSON, No. 151895; Court of Appeals No. 318607. Leave to appeal denied at 499 Mich 869.

WHITE v MATTHEWS, No. 151927; Court of Appeals No. 320174. Leave to appeal denied at 498 Mich 921.

ALEXANDER v ATTORNEY GRIEVANCE COMMISSION, No. 151929. Superintending control denied at 498 Mich 923.

ROTH v ROTH, No. 152071; Court of Appeals No. 326164. Leave to appeal denied at 499 Mich 869.

PEOPLE v ZAHRAIE, No. 152212; Court of Appeals No. 321835. Summary disposition at 499 Mich 866.